## STATE EX REL. E. M. HELLNER v. ALBERT WUNDERLICH, AS COMMISSIONER OF EDUCATION OF THE CITY OF ST. PAUL AND ANOTHER.[1]

January 2, 1920.

No. 21,488.

**Case followed.**

Upon the application of relator the district court for Ramsey county granted its writ of alternative mandamus directing the commissioner of education of the city of St. Paul to reinstate relator in her position as teacher in the public schools of that city and to place relator's name upon the payroll of the city, or show cause why he had not done so. Respondents separately demurred to the petition and writ on the ground that they did not state facts sufficient to entitle relator to the relief demanded. From an order, Haupt, J., sustaining demurrers to the alternative writ of mandamus, plaintiff appealed. Affirmed.

*J. P. Kyle*, for appellant.

*O. H. O'Neill* and *W. J. Giberson*, for respondents.

PER CURIAM.

This case in all substantial respects is similar to the case of State v. Wunderlich, supra, page 368, 175 N. W. 677, and the questions involved are disposed of by the opinion in that case.

Order affirmed.